1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

10
11

DARNELL WILLIAMS,                    )        Case No. EDCV 04-1419-JWJ

12

               Plaintiff,         )                JUDGMENT

13

   vs.                                              )

14

JO ANNE B. BARNHART,           )

15

Commissioner of Social Security     )
Administration,                              )

16

              Defendant.       )

17

——————————————        )

18
19

     **IT IS ADJUDGED** that the decision of the Administrative Law Judge is

20

**AFFIRMED**.

21
22

DATED:  March 21, 2006

23
24

                                          /s/

25

                              JEFFREY W. JOHNSON
                         United States Magistrate Judge

26
27
28